THE STATE, Plaintiff in Error, v. SUTTON, Defendant in Error.

1. State v. Flack, ante, p. 378, affirmed.

*Error to Newton Circuit Court.*

*Ewing*, (attorney general,) for the State.
*Hendrick*, for defendant in error.

SCOTT, Judge. This case is in all respects like that of the State v. Hugh Flack, decided at this term. In accordance with the opinion therein delivered, this judgment will be reversed, and the cause remanded, with the concurrence of the other judges.